# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201700166

_____

## UNITED STATES OF AMERICA
Appellee

v.

## MICHAEL J. NORTON
Ensign (0-1), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, Navy Region Northwest,
Silverdale, WA.
Staff Judge Advocate's Recommendation: Commander Justin L.
Hawks, JAGC, USN.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 16 November 2017

_____

Before HUTCHISON, PRICE, and FULTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court